# PRELIMINARY PROTECTIVE ORDER
Commonwealth of Virginia   VA. CODE § 19.2-152.9

AUGUSTA GENERAL DISTRICT COURT - CIVIL

Case No. GV21001487-00
Hearing Date and Time: 11/10/2021  2:30 pm

[X] General District Court   [ ] Circuit Court   [ ] Extension of Preliminary Protective Order
[ ] Juvenile and Domestic Relations District Court

**PETITIONER**
ORLANDO, SAMUEL JOSEPH
LAST  FIRST  MIDDLE

**PETITIONER'S DATE OF BIRTH**
8/13/03  ~~3/12/2001~~

ORIGINAL

And on behalf of minor family or household members Christopher Orlando 2 hr
(list each name and date of birth)

Other protected family or household members:
(list each name and date of birth)

Received NOV 10 2021 Augusta General District Court

V.

**RESPONDENT**
NEAL, BRISTOL BYRD
LAST  FIRST  MIDDLE

331 WINDSOR DR
RESPONDENT'S ADDRESS
FISHERSVILLE, VA 22939

**RESPONDENT IDENTIFIERS** (IF KNOWN)

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| | | MO. | DAY | YR. | FT. | IN. | | | |
| W | M | 03 | 12 | 01 | 6 | 01 | 150 | BL | BR |

SSN:
DRIVER'S LICENSE NO.:   STATE:   EXP.:

[ ] **CAUTION: Weapon Involved**   Distinguishing features: ................

## SUMMONS FOR HEARING
TO ANY AUTHORIZED OFFICER: Summon the Respondent as provided below:
TO THE RESPONDENT: You are commanded to appear before this Court on ................
DATE AND TIME
at AUGUSTA GENERAL DISTRICT COURT - CIVIL   6 E JOHNSON ST, 2ND FLOOR, STAUNTON, VA 24401   for a hearing on this Petition.
NAME AND ADDRESS OF COURT

DATE ISSUED   [ ] CLERK   [ ] DEPUTY CLERK

THE COURT FINDS that it has jurisdiction over the parties and subject matter, and that
1. [✓] The Petitioner is, or has been, within a reasonable period of time, subjected to an act of violence, force or threat, OR
   [ ] A warrant or petition has been issued charging the Respondent with a criminal offense resulting from the commission of an act of violence, force, or threat as defined in Va. Code § 19.2-152.7:1; and
2. In order to protect the health and safety of the Petitioner or any family or household member of the Petitioner, a preliminary protective order is warranted.

[✓] *Ex Parte* Proceeding Only: The petition has been supported by an affidavit 2nd SBL or sworn testimony before the judge or intake officer, and either the Petitioner is in immediate and present danger of any act of violence, force, or threat or there is sufficient evidence to establish probable cause that an act of violence, force, or threat has recently occurred so as to justify an *ex parte* proceeding.

[ ] As this order was entered without a separate affidavit or an attested petition, or without a form pursuant to Va. Code § 16.1-253.4(D) being presented, the basis upon which this order is entered, including a summary of the allegations made and the court's findings, is as follows:

RECEIVED NOV 10 2021 BY

**THE COURT ORDERS** that:
[✓] The Respondent shall not commit acts of violence, force, or threat or criminal offenses that may result in injury to person or property.
[✓] The Respondent shall have no contact of any kind with the Petitioner
  [ ] except as follows: ................
[ ] The Respondent shall have no contact of any kind with the family or household members of the Petitioner named above
  [ ] except as follows: ................
[ ] The Petitioner is granted possession of the companion animal described as ................
NAME/TYPE
[ ] It is further ordered that

FORM DC-384 (MASTER, PAGE ONE OF ___) 07/19

Case No. GV21001487-00

RETURNS: Each person was served according to law, as indicated below, unless not found.

| RESPONDENT: | PETITIONER: (See form DC-621, NON-DISCLOSURE ADDENDUM) |
|---|---|
| NAME NEAL, BRISTOL BYRD | NAME SAMUEL ORLANDO |
| ADDRESS 331 WINDSOR DR. FISHERSVILLE, VA 22939 | |
| [✓] PERSONAL SERVICE  TELEPHONE NUMBER 540 810 6752 | [X] PERSONAL SERVICE |
| [ ] NOT FOUND | [ ] NOT FOUND |
| CPL S.R. SPEARS SERVING OFFICER | MA THORNTON SERVING OFFICER |
| for R.L. SMITH | for DL SMITH |
| 11/3/21  1132  DATE AND TIME | 11-10-21  1530  DATE AND TIME |
| RESPONDENT'S DESCRIPTION (for VCIN entry): | [ ] Copy delivered to |
| RACE WS  SEX M | |
| DOB: 3/12/01 | |
| HGT 601  WGT 145 | by _____ TITLE |
| EYES HAZ  HAIR BRO | |
| SSN 229 89 0149 | _____ SIGNATURE |
| Relationship to Petitioner/Plaintiff FRIENDS | |
| Distinguishing features | |

**DEFINITIONS:**

"Act of violence, force, or threat" means any act involving violence, force, or threat that results in bodily injury or places one in reasonable apprehension of death, sexual assault, or bodily injury. Such act includes, but is not limited to, any forceful detention, stalking, criminal sexual assault in violation of Article 7 (§ 18.2-61 et. seq.) of Chapter 4 of Title 18.2, or any criminal offense that results in bodily injury or places one in reasonable apprehension of death, sexual assault, or bodily injury.

"Family or household member" means (i) the person's spouse, whether or not he or she resides in the same home with the person, (ii) the person's former spouse, whether or not he or she resides in the same home with the person, (iii) the person's parents, stepparents, children, stepchildren, brothers, sisters, half-brothers, half-sisters, grandparents and grandchildren regardless of whether such persons reside in the same home with the person, (iv) the person's mother-in-law, father-in-law, sons-in-law, daughters-in-law, brothers-in-law and sisters-in-law who reside in the same home with the person, or (v) any individual who has a child in common with the defendant, whether or not the person and that individual have been married or have resided together at any time, or (vi) any individual who cohabits or who, within the previous twelve (12) months, cohabitated with the person, and any children of either of them residing in the same home with the person.


RECEIVED NOV 10 2021 BY:

FORM DC-384 (MASTER, PAGE THREE OF ____) 10/19

# PETITION FOR PROTECTIVE ORDER
Commonwealth of Virginia  Va. Code §§ 19.2-152.9; 19.2-152.10

Case No. GV21001486-00

Hearing Date and Time ...............

[X] General District Court  [ ] Circuit Court
[ ] Juvenile and Domestic Relations District Court

## SUMMONS FOR HEARING

TO ANY AUTHORIZED OFFICER: Summon the Respondent as provided below:

TO THE RESPONDENT: You are commanded to appear before this Court on ...............
                                                                DATE AND TIME

at ............... for a hearing on this Petition.
   NAME AND ADDRESS OF COURT

............... DATE ISSUED                [ ] CLERK  [ ] DEPUTY CLERK

PETITIONER: Samuel Joseph O'Nanb

v.

RESPONDENT: Bristol Byrd Neal

RESPONDENT'S ADDRESS/LOCATION: 331 Windsor Dr, Ashenville, VA 22939

Telephone no. (H) ............... (W) ...............

TO THE PETITIONER: Please provide your information on form DC-621, NON-DISCLOSURE ADDENDUM.

RESPONDENT'S DESCRIPTION (IF KNOWN):
| RACE | SEX | BORN (MO/DAY/YR) | HT. (FT/IN) | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | M | 3 / 12 / 01 | 6 / 1 | 150 | BL | Br |

SSN: 
DRIVER'S LICENSE NO.:   STATE:   EXP:

The undersigned Petitioner respectfully represents to the court that:

1. A warrant or petition has been issued charging the Respondent with a criminal offense resulting from the commission of an act of violence, force, or threat; OR

2. Respondent is committing or, within a reasonable time, has committed an act of violence, force, or threat, specifically:

   See attached criminal complaint. I was sexually assaulted over a period of 5 years ending on Nov. 8, 2019. My abuser has been threatening me, yelling profanity outside my home, and calling me at all hours.

[ ] See accompanying affidavit.

3. [ ] Petitioner and Respondent cohabited, as intimate partners, more than 12 months ago but not within the previous 12 months.
4. [ ] A protective order of any type involving the parties is currently in effect.
5. [ ] Petitioner knows or has reason to know that the Respondent owns or otherwise possesses firearms.

PETITIONER, THEREFORE, RESPECTFULLY REQUESTS that a protective order be issued,
[ ] with [ ] without a preliminary protective order being issued prior to the full hearing, and
that any order impose on the Respondent the following conditions and such conditions as the judge deems appropriate as allowed by law:

[ ] Prohibiting acts of violence, force, or threat or criminal offenses that may result in injury to person or property.
[X] Prohibiting such other contact with the Petitioner as the judge deems necessary for the health and safety of the Petitioner.
[X] Prohibiting such other contact with the Petitioner's family or household members named below, as the judge deems necessary for their health and safety. (Please provide on form DC-621, NON-DISCLOSURE ADDENDUM, the date of birth, gender, and race for each family or household member listed.)

NAMES OF FAMILY OR HOUSEHOLD MEMBERS

FORM DC-383 (MASTER, PAGE ONE OF THREE) 07/20

Case No. ...............................................

[ ] Granting the Petitioner possession of the companion animal described as ............................................................
NAME/TYPE

[ ] Such other conditions as the judge may deem necessary to prevent acts of violence, force or threat, criminal offenses resulting in injury to person or property, or communication or other contact of any kind by the Respondent, namely:

11/10/21
DATE

PETITIONER

ATTORNEY'S ADDRESS AND TELEPHONE NUMBER

by ........................................................
PETITIONER'S ATTORNEY

(When attested, this Petition shall also be an affidavit of the facts as stated in the Petition.) Sworn to and affirmed before me this

................. day of ......................................, 20 ...........

[ ] INTAKE OFFICER (JUVENILE ONLY)   [ ] CLERK
[ ] NOTARY PUBLIC  My commission expires .......................................
Notary Registration No. ..........................................

DATE AND TIME FILED

[ ] CLERK   [ ] DEPUTY CLERK

TO THE PETITIONER: You are summoned to appear in this court on

DATE

[ ] CLERK   [ ] DEPUTY CLERK

FORM DC-383 (MASTER, PAGE TWO OF THREE) 07/19

Case No. ...........................

**RETURNS:** Each person was served according to law, as indicated below, unless not found.

| RESPONDENT:<br>Name: Bristol Byrd Neal<br>Address: 231 Windsor Dr.<br>Palmyra, VA 22963<br>Tel. No. ...........<br>[ ] PERSONAL SERVICE | PETITIONER: (See form DC-621, NON-DISCLOSURE ADDENDUM)<br>Name: Samuel Joseph Orlando<br><br>[ ] PERSONAL SERVICE |
|---|---|
| Being unable to make personal service, a copy was delivered in the following manner:<br>[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.<br>..............................<br>..............................<br>[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) | Being unable to make personal service, a copy was delivered in the following manner:<br>[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.<br>..............................<br>..............................<br>[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) |
| [ ] Not Found<br>_____ SERVING OFFICER<br>........... for _____<br>DATE<br>...........<br>TIME | [ ] Not Found<br>_____ SERVING OFFICER<br>........... for _____<br>DATE<br>...........<br>TIME |

"Family or household member" means (i) the person's spouse, whether or not he or she resides in the same home with the person, (ii) the person's former spouse, whether or not he or she resides in the same home with the person, (iii) the person's parents, stepparents, children, stepchildren, brothers, sisters, half-brothers, half-sisters, grandparents and grandchildren regardless of whether such persons reside in the same home with the person, (iv) the person's mother-in-law, father-in-law, sons-in-law, daughters-in-law, brothers-in-law and sisters-in-law who reside in the same home with the person, or (v) any individual who has a child in common with the defendant, whether or not the person and that individual have been married or have resided together at any time, or (vi) any individual who cohabits or who, within the previous twelve (12) months, cohabitated with the person, and any children of either of them residing in the same home with the person.

"Act of violence, force, or threat" means any act involving violence, force, or threat that results in bodily injury or places one in reasonable apprehension of death, sexual assault, or bodily injury. Such act includes, but is not limited to, any forceful detention, stalking, criminal sexual assault in violation of Article 7 (§ 18.2-61 et. seq.) of Chapter 4 of Title 18.2, or any criminal offense that results in bodily injury or places one in reasonable apprehension of death, sexual assault, or bodily injury.

FORM DC-383 (MASTER, PAGE THREE OF THREE) 07/19