**AFFIDAVIT FOR SEARCH WARRANT**
Commonwealth of Virginia       VA. CODE § 19.2-54

**ORIGINAL**

| FILE NO. |
|---|
| **AFFIDAVIT FOR SEARCH WARRANT** |
| APPLICANT: |
| Brian J. Jenkins |
| NAME |
| Major |
| TITLE (IF ANY) |
| 127 Lee Highway |
| ADDRESS |
| Verona, Virginia 24482 |

The undersigned Applicant states under oath:

1. A search is requested in relation to [X] an offense substantially described as follows:
   [ ] a person to be arrested for whom a warrant or process for arrest has been issued identified as follows:
   § 18.2-370.1. Taking indecent liberties with child by person in custodial or supervisory relationship.

[X] CONTINUED ON ATTACHED SHEET

| Certified to Clerk of |
|---|
| ................................................ Circuit Court |
| CITY OR COUNTY |
| on .............................................................. |
| DATE |
| .................................    ............................... |
| TITLE           SIGNATURE |

2. The place, person or thing to be searched is described as follows [ ] and is a place of abode:
   113 Mill Place Parkway Verona, Virginia 24482
   Owner: Nexus Commercial Ventures, LLC
   Legal Description: 46-73c Mill Place Commerce Park Sec 3 Lt14 5.543 Acres, with three (3) buildings.

   113 Mill Place Parkway, #103 is a commercial office complex comprising of three (3) buildings.
   Building #1 - Single story concrete, brick, and gable structure with a green metal roof.
   Building #2 - Single story slab, brick, and gable structure with a green metal roof.
   Building #3 - Single story slab, brick, and gable structure with a green metal roof.
   A guard house is present with armed security controlling access to the complex.

[X] CONTINUED ON ATTACHED SHEET

Original Delivered [ ] in person  [ ] by certified mail
                   [ ] by electronically transmitted facsimile
                   [ ] by use of filing/security procedures
                       defined in the Uniform Electronic
                       Transactions Act

3. The things or persons to be searched for are described as follows:
   Any and all electronic devices, including desktop computers, laptop computers, PDA's, Tablets, Smartphones, storage devices, external hard drives, flash memory cards, SD cards or other electronic equipment that may contain electronic data or files of video surveillance, from fixed camera systems, or remote camera systems such as Google Nest, Arlo, Ring or any other web based security systems.

   Your affiant also seeks employment records and files concerning RBN, a former employee of Nexus Services, and any and all records reguarding RBN's former company issued AT&T cell phone 571-699-4270 from Nexus Services.

| to Clerk of ............................................. Circuit Court |
|---|
| CITY OR COUNTY WHERE EXECUTED |
| on .............................................................. |
| DATE |
| .................................    ............................... |
| TITLE           SIGNATURE |

[ ] CONTINUED ON ATTACHED SHEET

(OVER)

FORM DC-338 MASTER PAGE ONE OF TWO 03/17

4. The material facts constituting probable cause that the search should be made are:
   Please see attached Section 4.

5. The object, thing or person to be searched for [X] constitutes evidence of the commission of such offense [ ] is the person to be arrested for whom a warrant or process for arrest has been issued.

6. [ ] Authorization to execute a search warrant of a place of abode other than in the daytime hours between 8:00 a.m. and 5:00 p.m. is requested. The material facts constituting good cause for such authorization are:

   [ ] Reasonable efforts were made to locate a judge, and a judge is not available, before seeking authorization from a magistrate to execute a search warrant other than in the daytime hours between 8:00 a.m. and 5:00 p.m., with those reasonable efforts being as follows:

   OR [ ] Reasonable efforts were not made to locate a judge as the following circumstances require the issuance of the search warrant after 5:00 p.m.:

7. [ ] I have personal knowledge of the facts set forth in this affidavit AND/OR
   [X] I was advised of the facts set forth in this affidavit, in whole or in part, by one or more other person(s). The credibility of the person(s) providing this information to me and/or the reliability of the information provided may be determined from the following facts:

   Your affiant, Major Brian Jenkins, has been a sworn Virginia Law Enforcement Officer since 1994, and has been employed by the Augusta County Sheriff's Office since 2006. Your affiant has extensive experience in criminal investigations, and served in the Criminal Investigations Division of the Augusta County Sheriff's Office from 2006-2018 in varying roles. Your affiant has investigated numerous financial crimes and crimes involving the use of computers, phones and electronic devices.

   Sheriff Donald L. Smith has been the sworn Sheriff of Augusta County, Virginia since 2016, and he has been a sworn certified law enforcement officer since 2003. Sheriff Smith has personally interviewed BN8 on two occasions since he made his initial disclosure to Law Enforcement on November 12, 2021.

The statements above are true and accurate to the best of my knowledge and belief.

Major _____    _____ Maj. Brian Jenkins
TITLE OF APPLICANT                           APPLICANT

Subscribed and sworn to before me this day.
10/3/22   1:04 pm                             J.O. Keller
DATE AND TIME                        [ ] CLERK  [X] MAGISTRATE  [ ] JUDGE

FORM DC-338 (MASTER, PAGE TWO OF TWO) 03/21 (EMERGENCY ENACTMENT)

Section 2 (Cont.) *The place, person or thing to be searched is described as follows [X] and is a place of abode:*

Maps of 113 Mill Place Parkway, Verona, Virginia 24482



J.O. Keffer         Maj. Brian Jenkins   10/3/22  1:04 pm
  Magistrate                 Affiant              Date/Time

Section 2 (Cont.) *The place, person or thing to be searched is described as follows [X] and is a place of abode:*

Photos of 113 Mill Place Parkway, Verona, Virginia 24482





J.O. Keller  
Magistrate

Maj. Brian Jenkins  
Affiant

10/3/22 1:04pm  
Date/Time

Section 4 (Cont.) *The material facts constituting probable cause that the search should be made are:*

In November of 2021 Augusta County resident RBN, who requested an in-person meeting, contacted Sheriff Smith. Sheriff Smith met with RBN and her 20-year-old son BN on November 11, 2021, at the Sheriff's Office.

RBN reported that her son, BN, had told her that he was sexually abused in Las Vegas, Nevada by Richard Moore in March of 2018 at the age of 16. The abuse continued in Virginia for one and a half years. BN became friends with Samuel Orlando in Illinois where they all lived. The BN family moved to Virginia and RBN soon began working for Nexus. At the beginning of the meeting, Sheriff Smith advised both RBN and BN that their interview and statements would be documented and that the case would be forwarded to the Virginia State Police.

During an interview without his mother present, BN stated to Sheriff Smith that it began in March of 2018 when he got out of Eagle Ranch Academy. He stated that his mom, Richard Moore, and two Nexus bodyguards had come to pick him up and that they had gone to Las Vegas and stayed in the Bellagio Hotel. Moore paid for the entire trip. Richard pulled BN aside and talked to him about making money and how BN could make some money. Moore told BN that if he made him cum, he would pay BN. Moore said he would give BN an hour to think about it. They went to Moore's hotel room and BN took a bath and while he was naked, got in Moore's hotel bed. Moore pulled BN's testicles. BN then said that Moore put on a porn video and began touching him. BN stated that Moore "fingered his ass". BN stated that Moore told him that because he didn't make Moore cum that he wasn't going to pay him. BN said he remembered that Moore's room had two stories and was on the top floor. BN apologized to Moore and Moore took him back to his mom's hotel room. Moore told BN that he could never tell anyone.

The group then flew to New York and stayed in the Trump Towers. BN met Sam Orlando at the hotel. They had a room in the Trump Towers on the fourth floor. BN stated that nothing sexual happened between him and Moore in New York, however, BN and Orlando did "sexual stuff." BN reported that after he came back to Virginia, he was a frequent visitor at 47 S. Windsong, where Richard Moore, Michael Donovan, and Sam Orlando reside,

Two to three weeks after the New York trip, BN was at the home and was called into Donovan's & Moore's bedroom where Richard said that BN had to make them produce or cum. BN stated that he used the word "produce" instead of cum because he thought that it sounded better. Moore and BN had a conversation that Donovan was ok with BN having sex with Moore while he was in the room. BN was offered money as long as he made them both "produce".

BN told Sheriff Smith that the sexual abuse lasted around two years because BN was afraid that they would not let him see Orlando if he didn't. When BN was about to turn 19, he put his foot down and said no more. BN was asked directly by Sheriff Smith if Moore or Donovan ever did anything to him that he said "no" to and BN said that they did not.

*J.O. Keller*
**Magistrate**

*Mal. Brian Jenkins*
**Affiant**

10/3/22    1:04 pm
**Date/Time**

Section 4 (Cont.) *The material facts constituting probable cause that the search should be made are:*

BN stated that the sexual encounters always happened in Moore's and Donovan's bedroom except for one time in their living room. The living room encounter happened with Mike Donovan only. Richard Moore had already left for work. BN stated that Donovan always referred to him as "kid". BN stated that Donovan wanted BN to pinch his nipples. BN was apprehensive about being caught in the living room and Donovan told him "come on kid, it will be nice". Donovan then grabbed his head and pushed it into Donovan's crotch. Donovan told BN to open his mouth. BN pulled his head back and asked for a ride home. BN asked if he could see Orlando later and Donovan told him "no."

BN stated that he simply wanted Moore and Donovan to own up to what they did to him. He said, "It was very rude and disgusting. He stated, "I want honesty and accountability which is very hard to get out of those two."

Over the past two years, BN states that he has been sexually active with Richard Moore on 50 to 150 occasions; Mike Donovan on 30 to 90 occasions, and both of them together on 20 to 70 occasions, but he knew it was 35. BN stated that on one occasion BN texted Mike Donovan to see if he could come over to see Orlando and Donovan replied, "Are you coming to see me or the kids?" BN replied, "the kids" and Donovan said no he could not come over.

BN stated that he finally said he didn't want to have sexual intercourse with Moore and Donovan. Sheriff Smith asked BN if he did have sexual intercourse with them ever and he stated, "Yes, they would take turns with me or one would sit in the chair and watch the other one." When BN stated that he no longer wanted to have sexual relations with Moore and Donovan, BN was no longer allowed to see Sam Orlando. BN stated that Orlando didn't seem to care that Moore and Donovan were doing these sexual acts to him. BN realized that Orlando didn't care about him at all and was only worried about his parents getting what they wanted.

According to BN, he and Orlando were intimate before Donovan and Moore. Orlando told BN that it was "only pleasure" for him. Their relationship occurred in Illinois and Virginia and ended when BN turned 16 and Orlando was about to turn 19. Sheriff Smith asked BN why it ended. BN stated that after the conversation with Moore and Orlando in Moore's bedroom that Orlando didn't care about him at all. Orlando acted as if all of the sexual acts were just part of a normal conversation. He felt like he couldn't trust Orlando anymore.

On July 19, 2022, Sheriff Smith asked you, affiant, to contact RBN and BN and ask a follow-up question as to whether or not he was ever asked to send nude pictures or videos to Moore and Donovan, or whether they had requested them. I contacted the BN and he indicated to me that nudes or videos were never requested or sent.

_____  _____  _____ 1:04 pm
Magistrate         Maj. Brian Jenkins    10/3/22
                   Affiant               Date/Time

Section 4 (Cont.) *The material facts constituting probable cause that the search should be made are:*

In a follow-up interview of BN on September 1, 2022, BN told Sheriff Smith
That every time that he went to Richard and Mike's house they performed sex acts and if he didn't let them finish, then they would send him home.

He spent time with Sam and had dinner with them. They had a room upstairs called the "Game Room". Everyone's bedrooms are upstairs. Sam's room was at the very end of the hall. Zach's room was the first room on the left at the top of the stairs. Mike and Richard would come to Sam's room and say that they wanted to speak with BN alone without Sam. They would knock on Sam's door and then open the door and say "B, we need to speak to you, will you come to our room?" BN would text with Mike and Richard on a phone that he no longer has access to any longer (his mother's Nexus work phone).

BN reported on September 1st, 2022 that he may have sent nude photos to them (Donovan/Moore) but he can't remember. BN remembers getting a picture of Mike without a shirt and maybe in his underwear. Richard has Instagram so he thinks they may have communicated that way a few times. BN would text Mike's phone to communicate with Sam because Sam did not have a phone.

According to BN, he stopped counting after the fourth time that the sex acts happened with Richard and Mike. He thinks it was between 50-80 times. He didn't know how to make it stop. It stopped when he was 19 when he finally said something and stopped going over there.

During the interview with Sheriff Smith, BN stated there are surveillance cameras at the home on Windsong, and at the Nexus Complex. BN believed the cameras are always on. He would always see either green or red lights on the cameras while he was walking to their house. According to BN, Sam once mentioned to BN that he had access to all of the house cameras and the Nexus cameras from his phone. Sam once showed BN the cameras from his phone app. BN saw icons for "my house "and "company". Sam clicked on the company and said he could show BN themselves where they were in real-time, which was in the sauna room at the Nexus complex at 113 Mill Place Parkway. Sam told BN that Mike and Richard could turn the cameras on at any time and see them.

BN believes that one time, when he and Samuel were in Mike's office at Nexus, Mike asked him for a blowjob. BN's mom wasn't working at the time so he was there with Sam. Mike locked the door and Mike pulled his pants down and told BN to give him head. He did this in front of Sam. Sam didn't do anything to stop him. Sam just looked at BN and smiled. According to the BN, that was the only time that a sex act happened at the office.

J.O. Kelly  Mgl. Brian Jenkins  10/3/22 1:04 pm
Magistrate   Affiant              Date/Time

Section 4 (Cont.) *The material facts constituting probable cause that the search should be made are:*

During his relationships with Donovan, Moore, and Orlando, BN utilized his mother's Nexus work phone to facilitate conversations, meetings, trips, and visits with Donovan, Moore, and Orlando.

BN revealed to Sheriff Smith that surveillance cameras are in place inside and outside of Moore and Donovan's residence at 47 S. Windsong Court in Fishersville, Virginia, and the Nexus compound at 113 Mill Place Parkway. BN advised Sheriff Smith that he observed Sam Orlando access these web-based cameras on his phone when the pair were together in the sauna at the Nexus complex.

Your affiant respectfully requests a search warrant for 113 Mill Place Parkway in Verona, Virginia for all electronic devices, including desktop computers, laptop computers, PDA's, Tablets, Smartphones, storage devices, external hard drives, flash memory cards, SD cards, or other electronic equipment that may contain electronic data or files of video surveillance, from fixed camera systems, or remote camera systems such as Google Nest, Arlo, Ring or any other web-based security systems present at the Nexus Complex.

Your affiant also seeks employment records, and cell phone records from RBN, a former employee of Nexus Services, who was dismissed on 11/09/2021. Her son, BN is the alleged victim in this case. These records are sought to corroborate the events reported to police that led to this matter being reported to law enforcement on November 12, 2021.

Your affiant believes that video files from 113 Mill Place Parkway, Verona, Virginia, are more likely than not to be stored on, or accessed by these devices and that the recovery of video files will further the investigation, and provide evidence of BN's allegations of sexual abuse.

_J.O. Keller_  
**Magistrate**

_signature_ Maj. Brian Jenkins  
**Affiant**

10/3/22 1:04pm  
**Date/Time**

CM22-415

# AFFIDAVIT FOR SEARCH WARRANT
Commonwealth of Virginia    VA. CODE § 19.2-54

| | |
|---|---|
| FILE NO. | |
| | **AFFIDAVIT FOR SEARCH WARRANT** |
| APPLICANT: | Brian J. Jenkins |
| | NAME |
| | Major |
| | TITLE (IF ANY) |
| | 127 Lee Highway |
| | ADDRESS |
| | Verona, Virginia 24482 |

The undersigned Applicant states under oath:

1. A search is requested in relation to [X] an offense substantially described as follows:
   [ ] a person to be arrested for whom a warrant or process for arrest has been issued identified as follows:
   § 18.2-370.1. Taking indecent liberties with child by person in custodial or supervisory relationship.

   Filed in the Clerk's Office of the
   Circuit Court of Augusta County
   Time: 3:41PM Date: 10/03/22
   TESTE:
   Amber Peterson Dep. Clk.
   Date: October 3, 2022        [X] CONTINUED ON ATTACHED SHEET

2. The place, person or thing to be searched is described as follows [ ] and is a place of abode:
   113 Mill Place Parkway Verona, Virginia 24482
   Owner: Nexus Commercial Ventures, LLC
   Legal Description: 46-73c Mill Place Commerce Park Sec 3 Lt14 5.543 Acres, with three (3) buildings.

   113 Mill Place Parkway, #103 is a commercial office complex comprising of three (3) buildings.
   Building #1 - Single story concrete, brick, and gable structure with a green metal roof.
   Building #2 - Single story slab, brick, and gable structure with a green metal roof.
   Building #3 - Single story slab, brick, and gable structure with a green metal roof.
   A guard house is present with armed security controlling access to the complex.

   [X] CONTINUED ON ATTACHED SHEET

Certified to Clerk of Augusta Circuit Court
on 10/3/22
Magistrate J.O. Keller

Original Delivered [ ] in person [ ] by certified mail
[X] by electronically transmitted facsimile
[ ] by use of filing/security procedures defined in the Uniform Electronic Transactions Act

to Clerk of Augusta Circuit Court
CITY OR COUNTY WHERE EXECUTED
on 10/3/22
Magistrate J.O. Keller

3. The things or persons to be searched for are described as follows:
   Any and all electronic devices, including desktop computers, laptop computers, PDA's, Tablets, Smartphones, storage devices, external hard drives, flash memory cards, SD cards or other electronic equipment that may contain electronic data or files of video surveillance, from fixed camera systems, or remote camera systems such as Google Nest, Arlo, Ring or any other web based security systems.

   Your affiant also seeks employment records and files concerning RBN, a former employee of Nexus Services, and any and all records reguarding RBN's former company issued AT&T cell phone 571-699-4270 from Nexus Services.

[ ] CONTINUED ON ATTACHED SHEET

(OVER)

4. The material facts constituting probable cause that the search should be made are:
   Please see attached Section 4.

5. The object, thing or person to be searched for [X] constitutes evidence of the commission of such offense [ ] is the person to be arrested for whom a warrant or process for arrest has been issued.

6. [ ] Authorization to execute a search warrant of a place of abode other than in the daytime hours between 8:00 a.m. and 5:00 p.m. is requested.
   The material facts constituting good cause for such authorization are:

   [ ] Reasonable efforts were made to locate a judge, and a judge is not available, before seeking authorization from a magistrate to execute a search warrant other than in the daytime hours between 8:00 a.m. and 5:00 p.m., with those reasonable efforts being as follows:

   OR [ ] Reasonable efforts were not made to locate a judge as the following circumstances require the issuance of the search warrant after 5:00 p.m.:

7. [ ] I have personal knowledge of the facts set forth in this affidavit AND/OR
   [X] I was advised of the facts set forth in this affidavit, in whole or in part, by one or more other person(s). The credibility of the person(s) providing this information to me and/or the reliability of the information provided may be determined from the following facts:

   Your affiant, Major Brian Jenkins, has been a sworn Virginia Law Enforcement Officer since 1994, and has been employed by the Augusta County Sheriff's Office since 2006. Your affiant has extensive experience in criminal investigations, and served in the Criminal Investigations Division of the Augusta County Sheriff's Office from 2006-2018 in varying roles. Your affiant has investigated numerous financial crimes and crimes involving the use of computers, phones and electronic devices.

   Sheriff Donald L. Smith has been the sworn Sheriff of Augusta County, Virginia since 2016, and he has been a sworn certified law enforcement officer since 2003. Sheriff Smith has personally interviewed BN8 on two occasions since he made his initial disclosure to Law Enforcement on November 12, 2021.

The statements above are true and accurate to the best of my knowledge and belief.

Major                                              Maj. Brian Jenkins
TITLE OF APPLICANT                                 APPLICANT

Subscribed and sworn to before me this day.
10/3/22      1:04pm                                J.O. Keller
DATE AND TIME                                      [ ] CLERK  [X] MAGISTRATE  [ ] JUDGE

FORM DC-338 (MASTER, PAGE TWO OF TWO) 03/21 (EMERGENCY ENACTMENT)

Section 2 (Cont.) *The place, person or thing to be searched is described as follows [X] and is a place of abode:*

Maps of 113 Mill Place Parkway, Verona, Virginia 24482



___JO. Keffer___    ___Maj. Brian Jenkins___   10/3/22   1:04 pm
Magistrate          Affiant        Date/Time

Section 2 (Cont.) *The place, person or thing to be searched is described as follows [X] and is a place of abode:*

Photos of 113 Mill Place Parkway, Verona, Virginia 24482



J.O. Keffer — Magistrate

Maj. Brian Jenkins — Affiant

10/3/22 1:04pm — Date/Time

Section 4 (Cont.) *The material facts constituting probable cause that the search should be made are:*

In November of 2021 Augusta County resident RBN, who requested an in-person meeting, contacted Sheriff Smith. Sheriff Smith met with RBN and her 20-year-old son BN on November 11, 2021, at the Sheriff's Office.

RBN reported that her son, BN, had told her that he was sexually abused in Las Vegas, Nevada by Richard Moore in March of 2018 at the age of 16. The abuse continued in Virginia for one and a half years. BN became friends with Samuel Orlando in Illinois where they all lived. The BN family moved to Virginia and RBN soon began working for Nexus. At the beginning of the meeting, Sheriff Smith advised both RBN and BN that their interview and statements would be documented and that the case would be forwarded to the Virginia State Police.

During an interview without his mother present, BN stated to Sheriff Smith that it began in March of 2018 when he got out of Eagle Ranch Academy. He stated that his mom, Richard Moore, and two Nexus bodyguards had come to pick him up and that they had gone to Las Vegas and stayed in the Bellagio Hotel. Moore paid for the entire trip. Richard pulled BN aside and talked to him about making money and how BN could make some money. Moore told BN that if he made him cum, he would pay BN. Moore said he would give BN an hour to think about it. They went to Moore's hotel room and BN took a bath and while he was naked, got in Moore's hotel bed. Moore pulled BN's testicles. BN then said that Moore put on a porn video and began touching him. BN stated that Moore "fingered his ass". BN stated that Moore told him that because he didn't make Moore cum that he wasn't going to pay him. BN said he remembered that Moore's room had two stories and was on the top floor. BN apologized to Moore and Moore took him back to his mom's hotel room. Moore told BN that he could never tell anyone.

The group then flew to New York and stayed in the Trump Towers. BN met Sam Orlando at the hotel. They had a room in the Trump Towers on the fourth floor. BN stated that nothing sexual happened between him and Moore in New York, however, BN and Orlando did "sexual stuff." BN reported that after he came back to Virginia, he was a frequent visitor at 47 S. Windsong, where Richard Moore, Michael Donovan, and Sam Orlando reside,

Two to three weeks after the New York trip, BN was at the home and was called into Donovan's & Moore's bedroom where Richard said that BN had to make them produce or cum. BN stated that he used the word "produce" instead of cum because he thought that it sounded better. Moore and BN had a conversation that Donovan was ok with BN having sex with Moore while he was in the room. BN was offered money as long as he made them both "produce".

BN told Sheriff Smith that the sexual abuse lasted around two years because BN was afraid that they would not let him see Orlando if he didn't. When BN was about to turn 19, he put his foot down and said no more. BN was asked directly by Sheriff Smith if Moore or Donovan ever did anything to him that he said "no" to and BN said that they did not.

J.O. Keller
Magistrate

Maj. Brian Jenkins
Affiant

10/3/22 1:04 pm
Date/Time

Section 4 (Cont.) *The material facts constituting probable cause that the search should be made are:*

BN stated that the sexual encounters always happened in Moore's and Donovan's bedroom except for one time in their living room. The living room encounter happened with Mike Donovan only. Richard Moore had already left for work. BN stated that Donovan always referred to him as "kid". BN stated that Donovan wanted BN to pinch his nipples. BN was apprehensive about being caught in the living room and Donovan told him "come on kid, it will be nice". Donovan then grabbed his head and pushed it into Donovan's crotch. Donovan told BN to open his mouth. BN pulled his head back and asked for a ride home. BN asked if he could see Orlando later and Donovan told him "no."

BN stated that he simply wanted Moore and Donovan to own up to what they did to him. He said, "It was very rude and disgusting. He stated, "I want honesty and accountability which is very hard to get out of those two."

Over the past two years, BN states that he has been sexually active with Richard Moore on 50 to 150 occasions; Mike Donovan on 30 to 90 occasions, and both of them together on 20 to 70 occasions, but he knew it was 35. BN stated that on one occasion BN texted Mike Donovan to see if he could come over to see Orlando and Donovan replied, "Are you coming to see me or the kids?" BN replied, "the kids" and Donovan said no he could not come over.

BN stated that he finally said he didn't want to have sexual intercourse with Moore and Donovan. Sheriff Smith asked BN if he did have sexual intercourse with them ever and he stated, "Yes, they would take turns with me or one would sit in the chair and watch the other one." When BN stated that he no longer wanted to have sexual relations with Moore and Donovan, BN was no longer allowed to see Sam Orlando. BN stated that Orlando didn't seem to care that Moore and Donovan were doing these sexual acts to him. BN realized that Orlando didn't care about him at all and was only worried about his parents getting what they wanted.

According to BN, he and Orlando were intimate before Donovan and Moore. Orlando told BN that it was "only pleasure" for him. Their relationship occurred in Illinois and Virginia and ended when BN turned 16 and Orlando was about to turn 19. Sheriff Smith asked BN why it ended. BN stated that after the conversation with Moore and Orlando in Moore's bedroom that Orlando didn't care about him at all. Orlando acted as if all of the sexual acts were just part of a normal conversation. He felt like he couldn't trust Orlando anymore.

On July 19, 2022, Sheriff Smith asked you, affiant, to contact RBN and BN and ask a follow-up question as to whether or not he was ever asked to send nude pictures or videos to Moore and Donovan, or whether they had requested them. I contacted the BN and he indicated to me that nudes or videos were never requested or sent.

_____  _____  _____  _____
    Magistrate              Mal. Brian Jenkins    10/3/22    1:04 pm
                              Affiant             Date/Time

Section 4 (Cont.) *The material facts constituting probable cause that the search should be made are:*

In a follow-up interview of BN on September 1, 2022, BN told Sheriff Smith
That every time that he went to Richard and Mike's house they performed sex acts and if he didn't let them finish, then they would send him home.

He spent time with Sam and had dinner with them. They had a room upstairs called the "Game Room". Everyone's bedrooms are upstairs. Sam's room was at the very end of the hall. Zach's room was the first room on the left at the top of the stairs. Mike and Richard would come to Sam's room and say that they wanted to speak with BN alone without Sam. They would knock on Sam's door and then open the door and say "B, we need to speak to you, will you come to our room?" BN would text with Mike and Richard on a phone that he no longer has access to any longer (his mother's Nexus work phone).

BN reported on September 1st, 2022 that he may have sent nude photos to them (Donovan/Moore) but he can't remember. BN remembers getting a picture of Mike without a shirt and maybe in his underwear. Richard has Instagram so he thinks they may have communicated that way a few times. BN would text Mike's phone to communicate with Sam because Sam did not have a phone.

According to BN, he stopped counting after the fourth time that the sex acts happened with Richard and Mike. He thinks it was between 50-80 times. He didn't know how to make it stop. It stopped when he was 19 when he finally said something and stopped going over there.

During the interview with Sheriff Smith, BN stated there are surveillance cameras at the home on Windsong, and at the Nexus Complex. BN believed the cameras are always on. He would always see either green or red lights on the cameras while he was walking to their house. According to BN, Sam once mentioned to BN that he had access to all of the house cameras and the Nexus cameras from his phone. Sam once showed BN the cameras from his phone app. BN saw icons for "my house "and "company". Sam clicked on the company and said he could show BN themselves where they were in real-time, which was in the sauna room at the Nexus complex at 113 Mill Place Parkway. Sam told BN that Mike and Richard could turn the cameras on at any time and see them.

BN believes that one time, when he and Samuel were in Mike's office at Nexus, Mike asked him for a blowjob. BN's mom wasn't working at the time so he was there with Sam. Mike locked the door and Mike pulled his pants down and told BN to give him head. He did this in front of Sam. Sam didn't do anything to stop him. Sam just looked at BN and smiled. According to the BN, that was the only time that a sex act happened at the office.

J.O. Kelly
Magistrate

Maj. Brian Jenkins
Affiant

10/3/22 1:04 pm
Date/Time

Section 4 (Cont.) *The material facts constituting probable cause that the search should be made are:*

During his relationships with Donovan, Moore, and Orlando, BN utilized his mother's Nexus work phone to facilitate conversations, meetings, trips, and visits with Donovan, Moore, and Orlando.

BN revealed to Sheriff Smith that surveillance cameras are in place inside and outside of Moore and Donovan's residence at 47 S. Windsong Court in Fishersville, Virginia, and the Nexus compound at 113 Mill Place Parkway. BN advised Sheriff Smith that he observed Sam Orlando access these web-based cameras on his phone when the pair were together in the sauna at the Nexus complex.

Your affiant respectfully requests a search warrant for 113 Mill Place Parkway in Verona, Virginia for all electronic devices, including desktop computers, laptop computers, PDA's, Tablets, Smartphones, storage devices, external hard drives, flash memory cards, SD cards, or other electronic equipment that may contain electronic data or files of video surveillance, from fixed camera systems, or remote camera systems such as Google Nest, Arlo, Ring or any other web-based security systems present at the Nexus Complex.

Your affiant also seeks employment records, and cell phone records from RBN, a former employee of Nexus Services, who was dismissed on 11/09/2021. Her son, BN is the alleged victim in this case. These records are sought to corroborate the events reported to police that led to this matter being reported to law enforcement on November 12, 2021.

Your affiant believes that video files from 113 Mill Place Parkway, Verona, Virginia, are more likely than not to be stored on, or accessed by these devices and that the recovery of video files will further the investigation, and provide evidence of BN's allegations of sexual abuse.

J.O. Keller — Magistrate
Maj. Brian Jenkins — Affiant
10/3/22 1:04pm — Date/Time

# SEARCH WARRANT
Commonwealth of Virginia     VA. CODE §§ 19.2-56, 19.2-57

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth to forthwith search the following place, person or thing:

113 Mill Place Parkway, Verona, Virginia 24482; Owner: Nexus Commercial Ventures LLC; Legal Description: 46-73c Mill Place Commerce Park Sec 3 Lt14 5.543 acres, with three (3) buildings. 113 Mill Place Parkway, #103 is a commercial office complex consisting of three (3) buildings. Building #1: Single story concrete, brick, and gable structure with a green metal roof; Building #2: Single story slab, brick and gable structure with green metal roof; Building #3: Single story slab, brick, and gable structure with a green metal roof. A guard house is present with armed security controlling access to complex.

for the following property, objects and/or persons:
Any and all electronic devices, including desktop computers, laptop computers, PDA's, tablets, smartphones, storage devices, external hard drives, flash memory cards, SD cards or other electronic equipment that may contain electronic data or files of video surveillance, from fixed camera systems, or remote camera systems such as Google nest, Arlo, Ring or any other web based security system.

Continued on Supplemental Sheet(s)

[X] This SEARCH WARRANT authorizes a search of a place of abode which may be executed by initial entry of the abode
    [X] only in the daytime hours between 8:00 a.m. and 5:00 p.m., unless prior to the issuance of this SEARCH WARRANT, law-enforcement officers lawfully entered and secured the place to be searched and remained at such place continuously OR
    [ ] at any time for good cause shown.

As this SEARCH WARRANT authorizes a search of a place of abode, you are required to be recognizable and identifiable as a uniformed law-enforcement officer and to provide audible notice of your authority and purpose reasonably designed to be heard by the occupants of the place to be searched prior to the execution of this SEARCH WARRANT.

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the **Augusta** Circuit Court an inventory of all property, persons, and/or objects seized.

This SEARCH WARRANT is issued in relation to [X] an offense substantially described as follows:
[ ] a person to be arrested for whom a warrant or process for arrest has been issued identified as follows:
18.2-370.1 Taking indecent liberties with child by person in custodial or supervisory relationship

[X] Supplemental sheet attached and incorporated by reference. Number of supplemental pages ____1____.

I, the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime, or that the person to be arrested for whom a warrant or process for arrest has been issued is located at the place to be searched, and further that the search should be made, based on the statements in the attached affidavit sworn to by

Brian J. Jenkins
NAME OF AFFIANT

J.O. Keffer
[ ] CLERK [X] MAGISTRATE [ ] JUDGE
T. O. Keffer

10/03/2022 02:05 PM
DATE AND TIME

FORM DC-339 (MASTER, PAGE ONE OF TWO) 07/22

---

FILE NO.

**SEARCH WARRANT**

COMMONWEALTH OF VIRGINIA

v./In re

113 Mill Place Parkway

Verona, Virginia 24482

Nexus Commercial Ventures

SWN: 015CM2200006356

| | |
|---|---|
| **SUPPLEMENTAL SHEET FOR SEARCH WARRANT** | File No. ................................................<br>SWN: 015CM2200006356 |

[ ] DC-309, SEARCH WARRANT FOR REAL-TIME LOCATION DATA
[x] DC-339, SEARCH WARRANT
[ ] DC-341, SEARCH WARRANT FOR TRACKING DEVICE

COMMONWEALTH OF VA .............................. v./In re: 113 Mill Place Parkway ..............................

The incorporation of this supplemental sheet was ordered on the attached SEARCH WARRANT.

**Property, Objects and/or Persons searched for (con't):**

Your affiant also seeks employment records and files concerning RBN, a former employee of Nexus Services and any and all records regarding RBN's former company issued AT&T cell phone with the number 571-699-4270 from Nexus Services.

FORM DC-3006 (MASTER) 07/22



**ROANOKE CITY MAGISTRATES OFFICE**
**REGION 2, 23RD JUDICIAL DISTRICT**
**PHONE: 853-2247**
**FAX: 853-5436**

## FACSIMILE TRANSMITTAL

| To: Augusta Circuit | FAX NUMBER: 540-245-5318 |
|---|---|
| FROM: ROANOKE CITY MAGISTRATE | DATE 10/3/22 |
| RE: SW N 015CM22000063S6 | PAGES: 11 |
| CC: | |

[X] URGENT [ ] FOR REVIEW [ ] PLEASE COMMENT [ ] PLEASE REPLY

COMMENTS:

THIS FACSIMILE AND ALL ATTACHMENTS IS INTENDED FOR THE ADDRESSEE, IF YOU RECEIVE IT IN ERROR, PLEASE DESTROY IT AND NOTIFY THE SENDER

According to obtaining officer, CA plans to seal this search warrant but has not done so yet.

VIRGINIA: IN THE AUGUSTA COUNTY CIRCUIT COURT

RE: SEARCH WARRANT OF
113 Mill Place Parkway, Verona, VA SW 6356                          ORDER

      WHEREAS, on October 3, 2022, Maj. Brian Jenkins of the Augusta County Sheriff's Office presented an Affidavit for Search Warrant for 113 Mill Place Parkway, Verona, VA to an Augusta County Magistrate, and a Search Warrant (015CM2200006356) was issued pursuant to this Affidavit;

      WHEREAS, the said affidavit seeks evidence in connection with a sensitive sexual abuse investigation, and the investigation remains ongoing;

      WHEREAS, this day comes the Commonwealth of Virginia, by its attorney, and moves this Honorable Court, pursuant to Virginia Code Section 19.2-54, to temporarily seal the said Affidavit and accompanying papers;

      THEREFORE, for good cause shown, it is hereby ORDERED that the said Affidavit and accompanying papers be temporarily sealed upon application of the Commonwealth's Attorney for Augusta County until October 5, 2022 at 3PM, unless an additional order to seal is submitted by that time.

ENTER: _____, JUDGE

          10/4/22_____, DATE

REQUESTED:

_____
Alexandra Meador
Deputy Commonwealth's Attorney
for Augusta County