CM22-415

# SEARCH WARRANT
Commonwealth of Virginia    VA. CODE §§ 19.2-56, 19.2-57

**ORIGINAL**

FILE NO.

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth to forthwith search the following place, person or thing:

113 Mill Place Parkway, Verona, Virginia 24482; Owner: Nexus Commercial Ventures LLC; Legal Description: 46-73c Mill Place Commerce Park Sec 3 Lt14 5.543 acres, with three (3) buildings. 113 Mill Place Parkway, #103 is a commercial office complex consisting of three (3) buildings. Building #1: Single story concrete, brick, and gable structure with a green metal roof; Building #2: Single story slab, brick and gable structure with green metal roof; Building #3: Single story slab, brick, and gable structure with a green metal roof. A guard house is present with armed security controlling access to complex.

**SEARCH WARRANT**

**COMMONWEALTH OF VIRGINIA**

for the following property, objects and/or persons:
Any and all electronic devices, including desktop computers, laptop computers, PDA's, tablets, smartphones, storage devices, external hard drives, flash memory cards, SD cards or other electronic equipment that may contain electronic data or files of video surveillance, from fixed camera systems, or remote camera systems such as Google nest, Arlo, Ring or any other web based security system.

**Continued on Supplemental Sheet(s)**

[X] This SEARCH WARRANT authorizes a search of a place of abode which may be executed by initial entry of the abode
  [X] only in the daytime hours between 8:00 a.m. and 5:00 p.m., unless prior to the issuance of this SEARCH WARRANT, law-enforcement officers lawfully entered and secured the place to be searched and remained at such place continuously OR
  [ ] at any time for good cause shown.

v./In re

113 Mill Place Parkway

Verona, Virginia 24482

Nexus Commercial Ventures

As this SEARCH WARRANT authorizes a search of a place of abode, you are required to be recognizable and identifiable as a uniformed law-enforcement officer and to provide audible notice of your authority and purpose reasonably designed to be heard by the occupants of the place to be searched prior to the execution of this SEARCH WARRANT.

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the Augusta ................................................. Circuit Court an inventory of all property, persons, and/or objects seized.

This SEARCH WARRANT is issued in relation to [X] an offense substantially described as follows:
[ ] a person to be arrested for whom a warrant or process for arrest has been issued identified as follows:
18.2-370.1 Taking indecent liberties with child by person in custodial or supervisory relationship

FILED IN THE CLERK'S OFFICE
OF THE CIRCUIT COURT OF THE
AUGUSTA COUNTY CIRCUIT COURT
DATE: 10/06/2022 @12:12:23

R. STEVEN LANDES, CLERK
TESTE: _____
CLERK/DEPUTY CLERK

[X] Supplemental sheet attached and incorporated by reference. Number of supplemental pages ___1___.

I, the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime, or that the person to be arrested for whom a warrant or process for arrest has been issued is located at the place to be searched, and further that the search should be made, based on the statements in the attached affidavit sworn to by

Brian J. Jenkins
NAME OF AFFIANT

10/03/2022 02:05 PM
DATE AND TIME

J.O. Keffer
[ ] CLERK  [X] MAGISTRATE  [ ] JUDGE
T. O. Keffer

SWN: 015CM2200006356

CM 22-415

# SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this WARRANT:

1. See Attached
2. 
3. 
4. 
5.    10-6-22
6. 
7. 
8. 
9. 
10. 
11. 
12. 

The statement above is true and accurate to the best of my knowledge and belief.

10-6-22
DATE

_(signature)_
EXECUTING OFFICER

Subscribed and sworn before me this day

10/6/22
DATE

Rachel R. Morgan, Dep Clerk
[ ] CLERK   [ ] MAGISTRATE   [ ] JUDGE

**FOR NOTARY PUBLIC'S USE ONLY:**

State of ................................. [ ] City [ ] County of .........................................

Acknowledged, subscribed and sworn to before me this ............ day of ......................................., 20 ...........

.................................................
NOTARY REGISTRATION NUMBER

...................................................
NOTARY PUBLIC
(My commission expires: .........................................)

FORM DC-339 (MASTER, PAGE TWO OF TWO) 01/09

---

## EXECUTION

Executed by searching the within described place, person or thing.

10-5-22 @ 0812 HRS
DATE AND TIME EXECUTED

Inv. R. L. Reid
EXECUTING OFFICER

Certified to Augusta Co.
Circuit Court on 10-6-22
DATE

_(signature)_ R. L. Reid
EXECUTING OFFICER

Received [X] in person [ ] by certified mail
[ ] by electronically transmitted facsimile

on 10/6/22
DATE

by: Rachel R. Morgan
Dep CLERK OF CIRCUIT COURT

| | |
|---|---|
| **SUPPLEMENTAL SHEET FOR SEARCH WARRANT** | File No. ............................................................................<br>SWN: 015CM2200006356 |

[ ] DC-309, SEARCH WARRANT FOR REAL-TIME LOCATION DATA
[X] DC-339, SEARCH WARRANT
[ ] DC-341, SEARCH WARRANT FOR TRACKING DEVICE

COMMONWEALTH OF VA .................................. v./In re: 113 Mill Place Parkway ........................................

The incorporation of this supplemental sheet was ordered on the attached SEARCH WARRANT.

**Property, Objects and/or Persons searched for (con't):**

Your affiant also seeks employment records and files concerning RBN, a former employee of Nexus Services and any and all records regarding RBN's former company issued AT&T cell phone with the number 571-699-4270 from Nexus Services.

FORM DC-3006 (MASTER) 07/22

# Inventory List

**Case Number:** _____

Main Building 1/2

| Date | Time | Item # | Collected By | Located By | Description | Location |
|---|---|---|---|---|---|---|
| 10/5 | 12:27 | 10 | 342 | 342 | Williams Mullen letter 2-7-17 | Donovan office |
| | 12:38 | 11 | 370 | 370 | HP Envy - Donovan | |
| | 12:38 | 12 | 370 | 370 | SeaGate Backup plus hub  NA875AHL | |
| | 12:50 | 13 | 361 | 361 | Williams Mullen letter 5-5-20 | E Moore office |
| | 12:55 | 14 | 361 | 361 | State Corporation Commission Letter-Neel | E Moore office |
| | 12:55 | 15 | 361 | 361 | 2 Thumb Drives WM Letter | E Moore office |
| | 13:06 | 16 | 361 | 361 | Apple Computer Desktop - Moore | Moore office (E) |
| | 13:08 | 17 | 361 | 361 | (5) Thumb Drives - Moore Desk | Moore office (E) |
| | 13:54 | 18 | 361 | 361 | PNY Thumb Drive Shaking Hands Drive | Moore office (E) |
| | 13:55 | 19 | 370 | 370 | IPhone BCG-E2817A - Donovan office | Donovan office |
| | 13:58 | 20 | 370 | 370 | 4 Thumb drives and 2 SD Cards | Moores Desk |
| | 13:58 | 21 | 370 | 370 | 2 Dupont Check books | Moores Desk |
| | 14:21 | 22 | 359 | 359 | Neal office Box 1 | HR File Room |
| | 14:21 | 23 | 359 | 359 | Neal office Box 2 | HR File Room |
| | 14:21 | 24 | 359 | 359 | Rebecca Neal personal File | HR File Room |
| | 14:21 | 25 | 359 | 359 | Neal File binder | HR File Room |
| | 14:31 | 26 | 342 | 342 | Blk Samsung phone RF8NY4BFM9R | Shipe office |
| | 14:36 | 27 | 342 | 342 | Blk IPhone w/ marble case | Shipe office |
| | 14:34 | 28 | 342 | 342 | Blk Samsung phone RF8N6RQJLV8 | Shipe office |
| | 14:40 | 29 | 342 | 342 | Sea Gate External hard drive NA9F4RT6 | Shipe office |
| | 14:45 | 30 | 370 | 370 | San Disk 128 GB SD Card From Camera | Shipe office |
| | 14:47 | 31 | 342 | 342 | Apple Desktop Computer - Shipe | Shipe office |
| | 14:47 | 32 | 342 | 342 | Apple IPAD - Shipe office | Shipe office |
| | 1505 | 33 | 370 | 370 | HP Desktop Computer Black - Breeden | Breeden office |
| | 1510 | 34 | 342 | 342 | HP Desktop Computer MXL72Y32F3 | Rodriguez office |
| | 1519 | 35 | 386 | 386 | Blk Apple IPAD w/ Keyboard Moore | Moore office |
| | 1519 | 36 | 386 | 386 | Blk Apple IPAD w/ Keyboard Moore off | Moore office |
| | 1519 | 37 | 386 | 386 | D-Link Camera SY41LH2901734 | Moore office |
| | 1555 | 38 | 361 | 361 | Packet of Dupont Statements | Moore office |
| | 1555 | 39 | 359 | 359 | Dupont check book | Moore office |

**Augusta County Sheriff's Office, Verona VA**                     **Criminal Investigations Division**

# Inventory List

Case Number: _____          113 mill place 103

| Date | Time | Item # | Collected By | Located By | Description | Location |
|------|------|--------|--------------|------------|-------------|----------|
| 10-5 | 1057 | 48 | 359 | 359 | Zachary Cruz Birth cit. | File Room |
| 10-5 | 1800 | 49 | 359 | 359 | Becky Nc.1 File | File Room |
|  |  |  |  |  |  |  |

Augusta County Sheriff's Office, Verona VA          Criminal Investigations Division

# Inventory List

Case Number: _____

\# 113 - 109

| Date | Time | Item # | Collected By | Located By | Description | Location |
|---|---|---|---|---|---|---|
| 10/5 | 0912 | 1 | 342 | 342 | Asus PC Tower G2PDC6000MC7 | A |
| 10/5 | 0915 | 2 | 342 | 342 | HP PC - All in one YC15349H5P | A |
| ~~10/5~~ | ~~0928~~ | ~~3~~ | ~~342~~ | ~~342~~ | ~~San disk ultra plus 32 Gis HD~~ Card | ~~B~~ |
| 10/5 | 0933 | ~~4~~ 8⁴ | 342 | 342 | Body Cam Bc 100 (Box 15812566) | B |
| 10/5 | 0936 | 5 | 342 | 342 | Body Cam Bc 100 (#VCTRN3) charger | D |
|  | 0938 | 6 | 342 | 342 | Body Cam Bc 100 (#15012478) charger | D |
|  | 0938 | 7 | 342 | 342 | Body Cam Bc 100 (#15012491) charger | D |
| 10/5 | 0940 | 8 | 342 | 342 | Sony CX MorR Cam Corder (1286089) charger | D |
|  |  | - | - | - | In black Camera bag w/ content | - |
| 10/5 | 1005 | 9 | 342 | 342 | HP PC All in one - # MXL72832D7 | G |
|  |  | ~~10~~ |  |  |  |  |
|  |  | ~~11~~ |  |  |  |  |
|  |  | ~~12~~ |  |  |  |  |

Augusta County Sheriff's Office, Verona VA     Criminal Investigations Division

# Inventory List

Case Number: _____

Main Building 2/2

| Date | Time | Item # | Collected By | Located By | Description | Location |
|---|---|---|---|---|---|---|
| | 1600 | 40 | 348 | 348 | HP tower 8CG84527P2 | Tech 123 |
| | 1605 | 41 | 386 | 386 | seven 5/f thumb drive - donovans office | donovans office |
| | 1600 | 42 | 348 | 348 | Dell tower Q55UWM | Tech 123 |
| | 1600 | 43 | 348 | 348 | Network storage 16AQMQN114209 | Tech 123 |
| | 1620 | 44 | 386 | 386 | Mevo Plus Camera | Shipe office |
| | 1625 | 45 | 386 | 386 | 64 GB SD Card Shipe office | Shipe office |
| | 1625 | 46 | 386 | 386 | Macbook pro | Shipe office |
| | 1625 | 47 | 316 | 316 | micro SD card in Case | Shipe office |

Augusta County Sheriff's Office, Verona VA          Criminal Investigations Division