UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| SAMUEL JOSEPH ORLANDO, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.:  5:22-cv-62 |
| SHERIFF DONALD L. SMITH, et al, | ) |
| *Defendants* | ) |

### DEFENDANTS SMITH AND JENKINS'S MOTION TO DISMISS

Defendants Sheriff Donald L. Smith and Major Brian Jenkins, by counsel, file this Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

For these and the additional reasons set forth in their memorandum in support filed herewith, Defendants Smith and Jenkins respectfully request that this Court grant their motion to dismiss and afford them any additional relief as the case may require.

SHERIFF DONALD L. SMITH
and
MAJOR BRIAN JENKINS,

By Counsel

By: /s/ Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendants Smith and Jenkins
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108

TimberlakeSmith
Staunton, VA
540.885.1517

Staunton, VA 24402-0108
phone:  540/885-1517
fax:       540/885-4537
email:  rfessier@timberlakesmith.com
           bshipley@timberlakesmith.com

CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2022, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher M. Okay, Esquire
117 South Lewis Street, Suite 218
Staunton  VA  24401

_____/s/ Rosalie Pemberton Fessier_____
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendants Smith and Jenkins
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:       540/885-4537
email:  rfessier@timberlakesmith.com
           bshipley@timberlakesmith.com