**UNITED STATES DISTRICT COURT**
**Western District of Virginia**
**OFFICE OF THE CLERK**
Laura A. Austin, Clerk

**December 8, 2022**

**Re:  Samuel Joseph Orlando v Sheriff Donald L. Smith, et al; 5:22CV00062**

Dear Counsel:

This case has been assigned to Chief United States District Judge Michael F. Urbanski.

I am contacting you for the purpose of setting up a scheduling conference with Judge Urbanski, pursuant to Rule 16(b)(1)(B) of the Federal Rules of Civil Procedure.  At this scheduling conference, which will be conducted via Zoom, please be prepared to discuss a discovery plan and select a trial date.  A pretrial scheduling order will be entered following this conference. Additionally, the court would like to address the pending motions, ECF 10, 14, 16, and 17.

Currently, Judge Urbanski has the following dates and times available to hold this conference by Zoom:

| Date | Times |
| --- | --- |
| 1/3/2023 | 9am, 10am, 11am, 2pm, 3pm |
| 1/4/2023 | same |
| 1/13/2023 | 9am |
| 2/15/2023 | 9am, 10am, 11am, 2pm, 3pm |
| 2/16/2023 | 10am, 11am, 2pm, 3pm |
| 2/17/2023 | 10am, 11am |

**Please confer and have one party contact me at kristina@vawd.uscourts.gov, with your selection**.  I will send your Zoom invitation for the hearing once I get your date and time.

With thanks,

s/ Kristin Ayersman

Courtroom Deputy
(kristina@vawd.uscourts.gov or (540) 857-5153)

cc:  All Counsel
     Electronic File