UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| SAMUEL JOSEPH ORLANDO, | No.: 5:22-cv-00062-MFU |
| Plaintiff, | Hearing: Jan. 4, 2023, 11:00AM |
| v. | Judge: Michael F. Urbanski, C.J. |
| SHERIFF DONALD L. SMITH, *et al.* Defendants. | |

### NOTICE OF APPEARANCE

COMES NOW Plaintiff Samuel Joseph Orlando, by and through his counsel, and hereby files a notice of appearance for Zachary Timothy Peter Lawrence, who is a member of the New State York Bar (Reg. No. 5798202) and admitted to the Western District of Virginia *Pro Hac Vice*, on the instant matter.

**Respectfully submitted,**

Dated: January 5, 2023
Cold Brook, NY

Zachary Lawrence Esq.

Lawrence Law Firm PLLC
598 E. Main Street
Little Falls, New York 13365
Tel.: 202-468-9486
Email: zach@zlawpllc.com
N.Y. Bar No.: 5798202
*Attorney for Plaintiff Samuel Joseph Orlando*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of this Court via ECF on January 5, 2023 and that copies of the foregoing were served *via* ECF on all parties' counsel of record; courtesy copies of the foregoing were additionally provided on to the Defendants' counsel via email at the following:

Bradley Glenn Pollack, Esquire
Brad Pollack, Attorney at Law
440 North Main Street
Woodstock, VA 22664
Tel.: 540-459-8600
Facsimile: 540-459-8670
Email: bgpollack@gmail.com, markprince00@gmail.com

Rosalie Pemberton Fessier, Esquire
Timberlake Smith, Attorneys at Law
25 North Central Avenue
Staunton, VA 24401
Tel.: 540-885-1517
Facsimile: 540-885-4537
Email: rfessier@timberlakesmith.com, cheryl@timberlakesmith.com

Brittany Elizabeth Shipley, Esquire
Timberlake Smith, Attorneys at Law
25 North Central Avenue
Staunton, VA 24401
Tel.: 540-885-1517
Facsimile: 540-885-4537
Email: bshipley@timberlakesmith.com, cheryl@timberlakesmith.com

Dated: January 5, 2023
Cold Brook, NY

Zachary Lawrence Esq.