Rebecca Byrd Neal
2105 Park Avenue
Lynchburg, VA 24501

February 13, 2024

The Honorable Judge Urbanski
116 North Main Street - Third Floor
Harrisonburg, VA 22802

RE: Practicing Law Without A License

Dear Honorable Judge Urbanski:

I am writing today after being served a summons from Harrisonburg/Rockingham General District Court for a criminal complaint generated by the Plaintiff, Samuel Orlando. The charge is "Practice Law Without A License." This is the 3rd time that I have been accused of this charge by the Plaintiff. The first complaint was denied by the Honorable Judge James F. Watson in the Lynchburg Circuit Court on 3/28/23 case #CL23000095-00. The second time, I was stopped in my vehicle and handcuffed as a warrant for my arrest was issued. This charge was nolle prosequi in Lynchburg General District Court on 5/19/23 - offense tracking # 680GM230000772.

As you are aware, my pro bono Attorney, Brad Pollack is unable to represent me and my son until his problems with the State Bar are finalized - at least until May 2024 - I/we are acting as Pro Se litigants. By being served today, I fear that anything I do as Pro Se representation will be met with my arrest, or at very least, more frivolous lawsuits.

Mr Neal and I believe that this is witness intimidation and malicious prosecution. I am a key witness for the IRS in a current case against one of the Plaintiffs guardians, Richard Edward Moore. This trial has been delayed, however, it is on-going. Mr Neal will be the key witness in a case that is currently in the investigation phase with Augusta County, State Police and other law enforcement agencies. Charges have not been brought on Mr Neal's case. Electronics seized during the execution of a search warrant on the Plaintiffs guardians home and business are in the process of being analyzed. Mr Neal was the catalyst for the warrant.

I believe that a Stay is warranted in this matter until we can obtain legal counsel. It is apparent that any attempt I make to represent myself and Mr Neal will be met with more frivolous lawsuits against me. Due to our lack of funds and the knowledge of many in the legal community of the litigious history of the Plaintiff and his guardians, finding legal counsel is very difficult. Attorneys are very intrigued by the story, but are not willing to undertake the job.

Sincerely,

Rebecca Byrd Neal
540-435-4559
rebaneal78@gmail.com

Letter mailed 2/13/2024 to the following:

Zachary Lawrence
Lawrence Law Firm PLLC
166 Five Acres Lane
Cold Brook, NY 13324


Amina Matheny-Willard
Amina Matheny-Willard, PLLC
Dominion Tower/Bank of America Bldg.
999 Waterside drive, Suite 2525
Norfolk, VA 23510


Karen Dotson
Courtroom Deputy for the Honorable Joel C. Hoppe
United States District Court
116 North Main Street, Room 314
Harrisonburg, VA 22802

# CRIMINAL COMPLAINT
Commonwealth of Virginia

RULES 3A:3 AND 7C:3

HARRISONBURG/ROCKINGHAM
CITY OR COUNTY

[X] General District Court
[ ] Juvenile and Domestic Relations District Court

Under penalty of perjury, I, the undersigned Complainant swear or affirm that I have reason to believe that the Accused committed a criminal offense, on or about

11/13/2023
DATE OFFENSE OCCURRED

in the [X] City [ ] County [ ] Town

of HARRISONBURG

I base my belief on the following facts: (Print ALL information clearly.)

Rebecca Neal is a defendant in a case I filed against her and her son for child sex trafficking and other offenses. Ms. Neal attended the non-party deposition of James Randy Gragg in the matter of Orlando v. Neal, case no. 5:23-cv-00012, US District Court for the Western District of Virginia, which was held at the Hotel Madison, 710 S. Main St, Harrisonburg, VA 22802 on November 13, 2023. During the deposition, Ms. Neal interrupted the deposition to give Mr. Gragg legal advice on answering deposition questions at timestamp 15:43:30. (Ms. Neal advised Gragg as to relevance of a question and his duty to answer).

Neal said: "You have to answer the questions Randy, they don't necessarily pertain to anything." Gragg then followed Neals advice. Neal had been warned that she is not an attorney and not to give legal advice.

Later in the short deposition, at timestamp 15:44:08, Ms. Neal interrupted the Court reporters to advocate on behalf of Mr. Gragg, who she felt did not understand the question. Ms. Neal has additionally sent several emails to the Court on behalf of her co-defendant and Mr. Gragg, people she does not represent because she is not an attorney.

Ms. Neal covered up years of sexual abuse and trafficking where I was the victim. Now she is acting as an attorney in an attempt to represent people who may have additional evidence of her and her son's crimes against me, to keep that evidence from being exposed. In giving Mr. Gragg legal advice at the deposition, and in advocating in letter motions practice for Mr. Gragg and Bristol Neal, I believe Rebecca Neal has committed the offense of unauthorized practice of law in violation of Virginia Code § 54.1-3904, a class one misdemeanor, which has made it more difficult for me as a victim of child rape and trafficking to seek justice. Ms. Neal came to Harrisonburg and continued her behavior in Graggs deposition.

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:
- By swearing to these facts, I agree to appear in court and testify if a warrant or summons is issued.
- The charge in this warrant cannot be dismissed except by the court, even at my request.

ORLANDO, SAMUEL JOSEPH
NAME OF COMPLAINANT (LAST, FIRST, MIDDLE)
(PRINT CLEARLY)

SIGNATURE OF COMPLAINANT

Subscribed and sworn to before me this day.

11/16/23  3:47pm
DATE AND TIME

[ ] CLERK  [X] MAGISTRATE  [ ] JUDGE

FORM DC-311 REVISED 07/11

---

## CRIMINAL COMPLAINT

ACCUSED: Name, Description, Address/Location

NEAL, REBECCA BYRD
LAST NAME, FIRST NAME, MIDDLE NAME

2105 PARK AVE

LYNCHBURG, VA 24501

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|------|-----|------|---|---|-----|---|------|------|------|
| | | MO. | DAY | YR. | FT. | IN. | | | |
| W | F | 06 | 03 | 60 | 5 | 2 | 200 | BR | BR |

SSN: 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

[ ] Complainant is not a law-enforcement officer or animal control officer. Authorization prior to issuance of felony arrest warrant given by
  [ ] Commonwealth's attorney
  [ ] Law-enforcement agency having jurisdiction over alleged offense

NAME OF PERSON AUTHORIZING ISSUANCE OF WARRANT

DATE AND TIME AUTHORIZATION GIVEN

# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA   Va. Code § 19.2-71, -72

Lynchburg
CITY OR COUNTY

[x] General District Court   [x] Criminal   [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

**CASE NO.**

**ACCUSED:** Neal, Rebecca
LAST NAME, FIRST NAME, MIDDLE NAME

2105 Park Ave
ADDRESS/LOCATION

Lynchburg, VA 24501

To be completed upon service as Summons
Mailing address [ ] Same as above

**M** (COPY)

**Hearing Date/Time**
4/17 1pm

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **03/13/2023** did unlawfully in violation of Section
DATE

**54.1-3904**, Code of Virginia:

practice law without being authorized or licensed.

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | F | 06/03/1960 | 5' 02" |  | BRO | BRO |

SSN

DL#   STATE

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle   [ ] Hazardous Materials

**CLASS 1 MISDEMEANOR**

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

**Orlando, Samuel Joseph**, Complainant.

Execution by summons [x] permitted at officer's discretion. [ ] not permitted.

**03/21/2023 05:48 PM**
DATE AND TIME ISSUED

Jacob Clark   [ ] CLERK [x] MAGISTRATE [ ] JUDGE

[ ] EXECUTED by arresting the Accused named above on this day:
[ ] EXECUTED by summoning the Accused named above on this day:
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

DATE AND TIME OF SERVICE

_____, ARRESTING OFFICER

BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused:

**SUMMONS** (If authorized above and by serving officer)
You are hereby commanded to appear before this court located at 905 Court St., Safety Bldg. Lynchburg, VA 24504
on April 17th at 0100 AM/PM.

I promise to appear in accordance with this Summons and certify that my mailing address as shown at right is correct.

_____ ACCUSED

**CCRE/Fingerprinting Required**

[ ] The Accused refused to sign this promise to appear. (Virginia Code § 46.2-936)
WARNING TO ACCUSED: You may be tried and convicted in your absence if you fail to appear in response to this Summons. Willful failure to appear is a separate offense. SIGNING THIS NOTICE DOES NOT CONSTITUTE AN ADMISSION OF GUILT.

C-314 (MASTER, PAGE ONE OF TWO) 07/21

Short Offense Description (not a legal definition):
**PRACTICE LAW WITHOUT LICENSE**
Offense Tracking Number:
**680GM2300003772**
FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**PRO-5860-M1**



**STATE**

**VIRGINIA: IN THE LYNCHBURG CIRCUIT COURT**

| | |
|---|---|
| SAMUEL JOSEPH ORLANDO<br>Plaintiff, | ) Case Numbers: <u>CL23000095-00</u><br>)<br>) |
| v. | )<br>) Court Date: <u>March 21, 2023</u><br>) |
| Bristol Byrd Neal,<br>Defendant. | )<br>) |

## ORDER

**UPON MOTION** of Plaintiff, Samuel Joseph Orlando, by and through his counsel, Amina Matheny-Willard and Zachary Lawrence, *Pro Hac Vice,* and after hearing argument from counsel for the Plaintiff and testimony from Bristol Neal and Rebecca Neal on March 21, 2023, it is **HEREBY**,

**ORDERED** that:

1. Plaintiff's Motion to Strike the document submitted by Rebecca Neal is DENIED;

2. Plaintiff's Motion to Impose Sanctions against Rebecca Neal is DENIED;

3. Plaintiff's Motion converting the Permanent Protective Order to a Preliminary Protective Order is GRANTED; and

4. Plaintiff's Motion to continue the permanent protective order hearing out for six (6) months or until Defendant's criminal case has been resolved, is GRANTED.

It is **FURTHER ORDERED** that this matter is continued to: **<u>Friday, September 8, 2023, at 1:30 p.m.</u>**

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com
**PARALEGALS**
Ameera Matheny / Cell: 757.633.9891
Email: ameera@aminalaw.com

**VIRGINIA: IN THE LYNCHBURG CIRCUIT COURT**

| | |
|---|---|
| **SAMUEL JOSEPH ORLANDO** <br> Plaintiff, <br><br> v. <br><br> **Bristol Byrd Neal,** <br> Defendant. | ) Case Numbers: <u>CL23000095-00</u> <br> ) <br> ) <br> ) <br> ) Court Date: <u>March 21, 2023</u> <br> ) <br> ) <br> ) |

## ORDER

**UPON MOTION** of Plaintiff, Samuel Joseph Orlando, by and through his counsel, Amina Matheny-Willard and Zachary Lawrence, *Pro Hac Vice*, and after hearing argument from counsel for the Plaintiff and testimony from Bristol Neal and Rebecca Neal on March 21, 2023, it is **HEREBY**,

**ORDERED** that:

1. Plaintiff's Motion to Strike the document submitted by Rebecca Neal is DENIED;

2. Plaintiff's Motion to Impose Sanctions against Rebecca Neal is DENIED;

3. Plaintiff's Motion converting the Permanent Protective Order to a Preliminary Protective Order is GRANTED; and

4. Plaintiff's Motion to continue the permanent protective order hearing out for six (6) months or until Defendant's criminal case has been resolved, is GRANTED.

It is **FURTHER ORDERED** that this matter is continued to: <u>**Friday, September 8, 2023, at 1:30 p.m.**</u>

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com
**PARALEGALS**
Ameera Matheny / Cell: 757.633.9891
Email: ameera@aminalaw.com