IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| SAMUEL JOSEPH ORLANDO, | ) | |
|     Plaintiff, | ) | Civil Action No. 5:22-cv-00062 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRISTOL NEAL, et al., | ) | By:    Joel C. Hoppe |
|     Defendants. | ) |        United States Magistrate Judge |

This matter is before the Court on Defendant Rebecca Neal's motion to stay. ECF No. 67. The parties are directed to contact Deputy Clerk Sarah Melvin, (434) 296-9284, to schedule a hearing on the motion. The hearing shall be in person, and the parties may present evidence pertinent to the motion to stay.

It is so ORDERED.

ENTER: March 26, 2024

*[signature]*

Joel C. Hoppe
U.S. Magistrate Judge