UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

HARRISONBURG DIVISION

|  |  |
|---|---|
| SAMUEL JOSEPH ORLANDO, <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF DONALD L. SMITH, *et al.* <br><br> Defendants. | No.: 5:22-cv-00062-MFU |

### COUNSEL'S MOTION TO WITHDRAW

COMES NOW Movant, Christopher M. Okay, co-counsel for Plaintiff Samuel Joseph Orlando in this matter, pursuant to and in compliance with Rule 6(i) of the Local Rules of this Court, and Rule 1.16(a)(1) and (b) of the Rules of Professional Conduct, who informs the Court that undersigned Counsel has disengaged from representing the Plaintiff.

1. In this matter, undersigned Counsel was retained on a limited basis to serve as Local Counsel only.

2. Because Plaintiff's trial Counsel seek to withdraw from their respective representations of Plaintiff, and where Plaintiff has not identified replacement trial Counsel, the undersigned is unable to continue representing Plaintiff solely as Local Counsel in this matter.

1

3.  Plaintiff's Co-Counsel are attorneys with significant experience in civil rights trial representation, while the undersigned lacks similar experience, and therefore is not qualified to serve as sole trial Counsel for Plaintiff in this matter.

4.  Continuation of the Plaintiff's representation would be inappropriate under the circumstances, and for additional reasons the undersigned cannot continue to represent Plaintiff.

5.  For these reasons, and on that good cause the undersigned seeks leave to withdraw from representing Plaintiff in this matter.  Plaintiff does not oppose this motion and was given reasonably sufficient notice of it in advance.

Accordingly, the movant, Christopher M. Okay, respectfully requests leave to withdraw as counsel of record.

Respectfully submitted this 7th day of November 2024,

/s/ Christopher M Okay
Christopher M. Okay (VSB #35611)

Chris Okay, Attorney at Law
117 South Lewis Street, Suite 218
Staunton, Virginia 24401
(540) 466-3130
chrisokay@icloud.com
*Counsel for Plaintiff*

2

CERTIFICATE OF SERVICE

I, Christopher M. Okay, Counsel for Plaintiff(s) in this matter, hereby certify under penalty of

perjury that on November 7, 2024 I filed the foregoing Motion to Withdraw electronically

through this Court's CM-ECF electronic filing system, and that the system will send a copy to

each of the following Counsel representing parties in this case:


Bradley Glenn Pollack       bgpollack@gmail.com, markprince00@gmail.com

Brittany Elizabeth Shipley      BShipley@timberlakesmith.com, cheryl@timberlakesmith.com

Rosalie Pemberton Fessier      rfessier@timberlakesmith.com, cheryl@timberlakesmith.com

/s/Christopher M Okay
_____
Christopher M. Okay  VSB#35611

Chris Okay, Attorney at Law
117 S. Lewis Street, Suite 218
Staunton, Virginia 24401
(540) 466-3130  chrisokay@icloud.com