CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

November 19, 2024
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

|  |  |  |
|---|---|---|
| SAMUEL JOSEPH ORLANDO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:22-cv-062 |
| | ) | |
| v. | ) | By:    Michael F. Urbanski |
| | ) | Senior United States District Judge |
| SHERIFF DONALD L. SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

For the reasons stated in the accompanying memorandum opinion, the motion to dismiss filed by defendants Sheriff Donald L. Smith and Major Brian Jenkins, ECF No. 99, is **GRANTED in part** and **DENIED in part**. Counts I, II, VII, VIII, X, XI, XII, XIII, and XIV are **DISMISSED**.

All claims against Rebecca Neal and Bristol Neal in this case are **DISMISSED**, and Rebecca Neal and Bristol Neal are **DISMISSED** as defendants in this case.[1]

The motion to dismiss Count III as to Sheriff Donald L. Smith and Major Brian Jenkins is **DENIED**.

The Clerk is **DIRECTED** to confer with counsel regarding a trial date and issue a scheduling order—solely limited to Count III against Sheriff Donald L. Smith and Major Brian Jenkins.

---

[1] Counts IV, V, VI, and IX against Rebecca Neal and Bristol Neal were severed from this case and are proceeding in a separate lawsuit. Order, ECF No. 40.

It is **SO ORDERED**.

Entered: November 18, 2024

Michael F. Urbanski
Senior United States District Judge