| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER FORM**<br>*Please Read Instructions on Page 2.* || FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|
| **1. REQUESTOR'S INFORMATION:** | NAME<br>Rosalie Pemberton Fessier || TELEPHONE NUMBER<br>540.885.1517 |
| DATE OF REQUEST<br>12/11/24 | EMAIL ADDRESS *(Transcript will be emailed to this address.)*<br>rfessier@timberlakesmith.com |||
| MAILING ADDRESS<br>P O Box 108 ||| CITY, STATE, ZIP CODE<br>Staunton, VA 24402-0108 |
| **2. TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER FTR<br><br>OR   CHECK HERE ✔ IF HEARING WAS RECORDED BY FTR |||
| CASE NUMBER<br>5:22-cv-62 | CASE NAME<br>Orlando v. Smith, et al || JUDGE'S NAME<br>Hoppe |
| DATE(S) OF PROCEEDING(S)<br>12/09/2024 | TYPE OF PROCEEDING(S)<br>Oral argument on Motions || LOCATION OF PROCEEDING<br>Charlottesville |
| REQUEST IS FOR: *(Select one)* | ✔ FULL PROCEEDING   OR || ☐ SPECIFIC PORTION(S) *(Must specify below)* |
| SPECIFIC PORTION(S) REQUESTED *(If applicable):* ||||
| **3. SERVICE TURNAROUND CATEGORY REQUESTED:**<br>*(See Page 2 for descriptions of each service turnaround category.)* ||||
| ✔ Ordinary (30-Day)<br>☐ 14-Day<br>☐ Expedited (7-Day)<br>☐ 3-Day || ☐ Daily<br>☐ Hourly<br>☐ RealTime ||
| **4. CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional). ||||
| DATE<br>12-11-2024 | SIGNATURE<br>*/s/ Rosalie P Fessier* |||

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.