UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

SAMUEL JOSEPH ORLANDO,            )
                                  )
    *Plaintiff*                     )
                                  )
v.                                )    Civil Action No.:   5:22-cv-62
                                  )
SHERIFF DONALD L. SMITH, et al,   )
                                  )
    *Defendants*                    )

## CERTIFICATE REGARDING DISCOVERY

Defendants, Sheriff Donald L. Smith and Major Brian Jenkins, by counsel, hereby certify that on February 26, 2025, the discovery listed below was sent by email to counsel of record, as listed in the Certificate of Service below.

1. Defendant Smith's First Interrogatories Propounded to Plaintiff;

2. Defendant Smith's First Requests for Production or Inspection of Documents to Plaintiff;

3. Defendant Jenkin's First Interrogatories Propounded to Plaintiff;

4. Defendant Jenkins' First Requests for Production or Inspection of Documents to Plaintiff.

        SHERIFF DONALD L. SMITH
        and
        MAJOR BRIAN JENKINS,

        By Counsel

By:    /s/ Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendants Smith and Jenkins
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:       540/885-4537
email:  rfessier@timberlakesmith.com
            bshipley@timberlakesmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2025, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Mario B. Williams, Esquire
> HDR LLC
> 5600 Roswell Road, Suite 103
> Building C
> Sandy Springs, GA   30342
> *Counsel for Plaintiff*

/s/ Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendants Smith and Jenkins
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:       540/885-4537
email:  rfessier@timberlakesmith.com
            bshipley@timberlakesmith.com

2

w:\lib\tsdocs\29403\0108\00595636.docx