UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| SAMUEL JOSEPH ORLANDO, ) | |
| ) | |
|     *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No.:  5:22-cv-62 |
| ) | |
| SHERIFF DONALD L. SMITH, et al, ) | |
| ) | |
|     *Defendants* ) | |

## CERTIFICATE REGARDING DISCOVERY

Defendant, Sheriff Donald L. Smith, by counsel, hereby certifies that on March 20, 2025, Defendant Smith's Objections to the Subpoena Issued to Augusta County Sheriff's Office was sent by email to counsel of record, as listed in the Certificate of Service below.

SHERIFF DONALD L. SMITH

By Counsel

By:   /s/ Rosalie Pemberton Fessier
      Rosalie Pemberton Fessier
      VSB # 39030
      Brittany E. Shipley
      VSB # 93767
      Attorneys for Defendants Smith and Jenkins
      Timberlake**Smith**
      25 North Central Avenue
      P. O. Box 108
      Staunton, VA 24402-0108
      phone:  540/885-1517
      fax:     540/885-4537
      email:  rfessier@timberlakesmith.com
              bshipley@timberlakesmith.com

CERTIFICATE OF SERVICE

      I hereby certify that on March 20, 2025, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Mario B. Williams, Esquire
      HDR LLC
      5600 Roswell Road, Suite 103
      Building C
      Sandy Springs, GA   30342
        *Counsel for Plaintiff*

/s/ Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendants Smith and Jenkins
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:       540/885-4537
email:  rfessier@timberlakesmith.com
        bshipley@timberlakesmith.com