UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| SAMUEL JOSEPH ORLANDO, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No.:   5:22-cv-62 |
| | ) | |
| SHERIFF DONALD L. SMITH, et al, | ) | |
| | ) | |
| *Defendants* | ) | |

## CERTIFICATE REGARDING DISCOVERY

Defendant, Sheriff Donald L. Smith, by counsel, hereby certifies that on March 21, 2025, the discovery responses listed below were sent by email to counsel of record, as listed in the Certificate of Service below.

1.     Defendant Smith's Answers to Plaintiff's Interrogatories; and

2.     Defendant Smith's Response to Plaintiff's First Requests for Production of Information.

SHERIFF DONALD L. SMITH

By Counsel

By:     /s/ Rosalie Pemberton Fessier
        Rosalie Pemberton Fessier
        VSB # 39030
        Brittany E. Shipley
        VSB # 93767
        Attorneys for Defendants Smith and Jenkins
        Timberlake**Smith**
        25 North Central Avenue

Timberlake**Smith**

Staunton, VA
540.885.1517

P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:       540/885-4537
email:  rfessier@timberlakesmith.com
           bshipley@timberlakesmith.com


CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mario B. Williams, Esquire
HDR LLC
5600 Roswell Road, Suite 103
Building C
Sandy Springs, GA   30342
*Counsel for Plaintiff*


/s/ Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendants Smith and Jenkins
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:       540/885-4537
email:  rfessier@timberlakesmith.com
           bshipley@timberlakesmith.com

Timberlake**Smith**
Staunton, VA
540.885.1517

2

w:\lib\tsdocs\29403\0108\00600939.docx