UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| SAMUEL JOSEPH ORLANDO, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.: 5:22-cv-62 |
| SHERIFF DONALD L. SMITH, et al, | ) |
| *Defendants* | ) |

### SMITH AND JENKINS'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants, Sheriff Donald L. Smith and Major Brian Jenkins, by counsel, file this Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c). Defendants file a memorandum in support contemporaneously herewith.

WHEREFORE, Defendants Sheriff Donald L. Smith and Major Brian Jenkins respectfully request that this Court grant their Motion for Judgment on the Pleadings, that this case be dismissed, and that Defendants be granted such other and further relief as this Court finds appropriate.

SHERIFF DONALD L. SMITH
and
MAJOR BRIAN JENKINS,

By Counsel

By: /s/ Brittany E. Shipley
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767

TimberlakeSmith
Staunton, VA
540.885.1517

Attorneys for Defendants Smith and Jenkins
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone:  540/885-1517
fax:       540/885-4537
email:  rfessier@timberlakesmith.com
            bshipley@timberlakesmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2025, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

        Mario B. Williams, Esquire
        HDR LLC
        5600 Roswell Road, Suite 103
        Building C
        Sandy Springs, GA   30342
            *Counsel for Plaintiff*

            /s/ Brittany E. Shipley
        Rosalie Pemberton Fessier
        VSB # 39030
        Brittany E. Shipley
        VSB # 93767
        Attorneys for Defendants Smith and Jenkins
        Timberlake**Smith**
        25 North Central Avenue
        P. O. Box 108
        Staunton, VA 24402-0108
        phone:  540/885-1517
        fax:       540/885-4537
        email:  rfessier@timberlakesmith.com
                bshipley@timberlakesmith.com

w:\lib\tsdocs\29403\0108\00601386.docx