IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED

11/10/2025

LAURA A. AUSTIN, CLERK
BY: **/s/ Amy Fansler**
DEPUTY CLERK

| | |
|---|---|
| **SAMUEL JOSEPH ORLANDO,** | ) |
| | ) |
| Plaintiff, | ) Case No. 5:22-cv-062 |
| | ) |
| v. | ) By:   Michael F. Urbanski |
| | ) Senior United States District Judge |
| **SHERIFF DONALD L. SMITH,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, defendant Sheriff Donald L. Smith's motion to dismiss, ECF No. 168, is **GRANTED** and the amended complaint is **DISMISSED**. The Clerk shall strike this case from the court's active docket.

It is so **ORDERED**.

Entered: November 10, 2025

Michael F. Urbanski
U.S. District Judge
2025.11.10 12:02:21 -05'00'

Michael F. Urbanski
Senior United States District Judge

1